```
              UNITED STATES DISTRICT COURT
                DISTRICT OF CONNECTICUT
```

JOHN FLOYD MURRAY,              :
                                :
    Plaintiff,                  :
                                :
    v.                          :          CASE NO. 3:11CV1542(RNC)
                                :
DEPARTMENT OF HOMELAND          :
SECURITY,                       :
                                :
    Defendant.                  :

## NOTICE AND ORDER

More than 120 days have elapsed since the complaint was filed but the plaintiff has not made proof of service as required by Fed. R. Civ. P. 4(l).

The docket reflects that the Clerk of the Court mailed the plaintiff the forms necessary to have the U.S. Marshal's Service effectuate service but that the plaintiff has not completed and returned the forms. The plaintiff is hereby ordered to file a memorandum on or before January 23, 2012 showing why this action should not be dismissed. See Fed. R. Civ. P. 4(m).

Failure to comply with this Order will result in dismissal pursuant to Fed. R. Civ. P. 41(b).

SO ORDERED at Hartford, Connecticut this 30th day of December, 2011.

                                                      _____/s/_____
                                                      Donna F. Martinez
                                                      United States Magistrate Judge